**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

USAA LIFE INSURANCE COMPANY,

    Plaintiff,

vs.                                          Case No. 3:15-cv-93-J-34MCR

YOLINDA DOSS and A.D., a minor,

    Defendants.

_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 32; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on September 23, 2015.  In the Report, Magistrate Judge Richardson recommends that Plaintiff's Unopposed Motion To Be Dismissed From Action With Prejudice and Discharged From Liability Under Life Insurance Policy (Dkt. No. 30) be granted.  See Report at 7.  Defendants have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 32) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Unopposed Motion To Be Dismissed From Action With Prejudice and Discharged From Liability Under Life Insurance Policy (Dkt. No. 30) is **GRANTED**.

3. Plaintiff is **DISMISSED with prejudice** from this case. The Clerk of the Court is directed to terminate Plaintiff from the Court docket.

4. USAA and Policy Number T942948290 are **DISCHARGED** from any and all liability to any of the Defendants, and their heirs, successors and assigns, for any claim, demand, action, or cause of action arising out of or in any way connected with the net Policy proceeds.

5. Defendants and their heirs, successors, representatives, guardians and assigns, are permanently **ENJOINED** and **RESTRAINED** from instituting or prosecuting any proceeding in any state or United States court, including this Court, against USAA and/or the Policy affecting the net Policy proceeds payable as a consequence of Alphonso Doss's death.

      6.      Judge Richardson shall identify an appropriate guardian ad litem for A.D. in place of Tiffany Amos and Christopher Amos to represent and protect A.D.'s interests in this action, and shall enter an Order of Appointment of such guardian.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of October, 2015.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record

Any Unrepresented Party