**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

USAA LIFE INSURANCE COMPANY,

            Plaintiff,

-vs-                                      Case No. 3:15-cv-93-J-34MCR

YOLINDA DOSS and MICHAEL T.
FACKLER, as guardian ad litem for
A.D., his ward,

            Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 41; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on January 29, 2016. In the Report, Magistrate Judge Richardson recommends that the Motion to Intervene (Doc. 33) and the Amended Motion in Support of Claim for Intervention (Doc. 40.), filed by Shirley Hunter ("Movant") as Personal Representative of the Estate of Alphonso Doss, be granted. See Report at 6. Defendants have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

<u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. An appropriate motion for relief should be subsequently filed to address the issues of disbursement, creditors' claims, and attorneys' fees. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 41) is **ADOPTED** as the opinion of the Court.

2. Movant's Motion to Intervene (Doc. 33) and Amended Motion in Support of Claim for Intervention (Doc. 40) are **GRANTED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of March, 2016.

*MARCIA MORALES HOWARD*
United States District Judge

i33

Copies to:

Hon. Monte C. Richardson

Counsel of Record